

| Liebowitz Law Firm, PLLC | 11 Sunrise Plaza, Ste. 305 |
| --- | --- |
| Attorneys for the Photographic Arts | Valley Stream, NY 11580 |
| | (516) 233-1660 |
| | www.LiebowitzLawFirm.com |

October 26, 2020

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

Re:   *Alvarado v. India Abroad Publications Inc. (1:20-cv-4187-JGK)*

Dear Judge Koeltl,

We represent Plaintiff, Jose Alvarado, in the above in-captioned case. Defendant has yet to respond to the complaint which is past due. Defendant is currently in default. We respectfully request that the initial conference scheduled for November 2, 2020 be adjourned. Plaintiff will file its default motion within the next 30 days.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Jose Alvarado*

*The November 2, 2020 conference is canceled.*
*So ordered.*
*JGKoeltl*
*10/26/20.  U.S.D.J.*

Liebowitz Law Firm, PLLC