**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JOSE ALVARADO,**

                Plaintiff,        20-cv-4187 (JGK)

    - against -                <u>ORDER</u>

**INDIA ABROAD PUBLICATIONS INC.,**

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

On November 23, 2020, the Clerk of the Court issued a Certificate of Default as to the defendant INDIA ABROAD PUBLICATIONS INC. By Order issued on November 30, 2020, the Court ordered the defendant to show cause by December 11, 2020, why an order for an entry of default judgment should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure. The plaintiff served the defendant with the Order and filed proof of service on December 1, 2020. Because the defendant has failed to respond by the due date, the plaintiff is entitled to a default judgment as to defendant INDIA ABROAD PUBLICATIONS INC. The case is referred to the Magistrate Judge for an inquest on the judgment to be entered.

**SO ORDERED.**

Dated:    **New York, New York**
           **February 2, 2021**           <u>/s/ John G. Koeltl</u>
                                                    **John G. Koeltl**
                                     **United States District Judge**