USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ALVARADO,

                Plaintiff,

- against -

INDIA ABROAD PUBLICATIONS INC.,

                Defendant.

20 Civ. 4187 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Parker dated June 9, 2021. Docket No. 25. Following an inquest on damages, the Magistrate Judge found that the defendant was liable to the plaintiff for the amounts specified on page 9 of the Report and Recommendation. The Magistrate Judge also recommended an award of attorney's fees and costs in the amounts also specified on page 9 of the Report and Recommendation.

    No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the detailed Report and Recommendation is well reasoned and correct and should be adopted. The Court therefore adopts the Report and Recommendation. The Clerk is directed to enter judgment in favor of the plaintiff and against the defendant in the amounts specified on page 9 of the Report and

Recommendation. The Clerk is also directed to close all pending motions and to close this case.

**SO ORDERED.**

**Dated:** New York, New York
June 29, 2021

_____
John G. Koeltl
**United States District Judge**