USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE ALVARADO,

                Plaintiff,

-against-

INDIA ABROAD PUBLICATIONS INC.,
                Defendant.
-----------------------------------------------------------X

20 CIVIL 4187 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2021, the Court finds that the detailed Report and Recommendation is well reasoned and correct and is adopted. Judgment is entered in favor of the plaintiff and against the defendant in the amount of $5,000 in statutory damages under the Copyright Act, $350 in attorney's fees and $440 in costs; accordingly, the case is closed.

**Dated:** New York, New York
        June 29, 2021

                                                  RUBY J. KRAJICK

                                                    Clerk of Court

                        BY: _____
                                                     Deputy Clerk